UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| HARRY McNUTT | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:21-cv-00298 |
| | ) | |
| GRANGE INSURANCE COMPANY; | ) | |
| SASAN PASHA; S.E.F.C. | ) | |
| ENGINEERING, INC.; | ) | |
| JOHN DOE CORPORATIONS I-X; | ) | |
| AND, JEFFREY WIGAND | ) | |

### ORDER

Magistrate Judge Holmes has issued a Report and Recommendation (Doc. 20) in which she recommends that this action be dismissed. No objections have been filed.

Having reviewed the matter *de novo* as required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition that the case be dismissed for failure to prosecute as required by Fed. R. Civ. P. 16(f) and 41(b), and Local Rule 7.01(a)(3). Among other things, Plaintiff failed to appear at the initial case management conference; failed to participate in the preparation and filing of a joint proposed initial case management order; and failed to respond to pending motions to dismiss.

Accordingly, the Report and Recommendation (Doc. No. 20) is **ACCEPTED** and **APPROVED**, and this case is hereby **DISMISSED.** The Clerk of the Court shall **TERM** the pending Motions to Dismiss (Doc. Nos. 12, 14, 16) as moot, and close this file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE